UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EDUARDO JAVIER MEJIA MORALES,<br>                    Petitioner,<br><br>        v.<br><br>MICHAEL MUKASEY, Attorney General of the United States,<br><br>                    Respondent. | Civil Action 08-00405  (HHK) |

**ORDER DIRECTING RESPONDENT TO SHOW CAUSE**

It is this 7th day of May 2008 hereby

**ORDERED** that, no later than May 27, 2008, Respondent, by counsel, shall file with the Court and serve on Petitioner a statement showing why the Writ of Habeas Corpus should not be granted.  It is

**FURTHER ORDERED** that the Clerk of Court shall furnish a copy of the Petition and a certified copy of this Order to the United States Marshal for the purpose of making service on Petitioner's Custodian and the named Respondent, and is directed to send a copy of the Petition to the United States Attorney for the District of Columbia and the United States Parole Commission.

        **SO ORDERED**.

                                                                Henry H. Kennedy, Jr.
                                                                United States District Judge