UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| EDUARDO JAVIER MEJIA MORALES, | : | CIVIL ACTION 08-00405 (HHK) |
| Petitioner, | : | |
| v. | : | |
| | : | |
| MICHAEL MUKASEY, | : | |
| Respondent. | : | |

NOTICE OF ASSIGNMENT AND APPEARANCE

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above captioned matter is assigned to Assistant United States Attorney Carolyn K. Kolben, Bar Number 391-156, telephone number (202) 616-0852 and this is notice of her appearance in this matter on behalf of the United States.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney

JOHN P. MANNARINO
Chief, Special Proceedings Division

/s/ Carolyn K. Kolben
Carolyn K. Kolben Bar. No. 391-156
ASSISTANT UNITED STATES ATTORNEY
Special Proceedings Division
555 4th Street, N.W., Room 10-441
Washington, DC 20530
(202) 616-0852
Carolyn.Kolben@usdoj.gov

CERTIFICATE OF SERVICE

   I hereby certify that a copy of the instant Notice of Assignment and Appearance has been mailed to Eduardo Javier Mejia Morales, Reg. No. 39053-004, Fort Worth-FCI, P.O. Box 15330, Fort Worth, Texas 76115, on the 6th day of June, 2008.

                                        /s/ *Carolyn K. Kolben*
                                        Carolyn K. Kolben
                                        ASSISTANT UNITED STATES ATTORNEY