UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**EDUARDO JAVIER MEJIA MORALES,** :
        **Petitioner,**    :   Civil Action No. 08-00405(HHK)
                                 :
                                 :
  **v.**                                 :
                                 :
**MICHAEL MUKASEY, et. al.,**   :
        **Respondents.**   :

**RESPONDENT'S REQUEST TO FILE RESPONDENT'S RESPONSE
TO PETITIONER'S PETITION FOR A WRIT OF HABEAS CORPUS OUT OF TIME**

Comes now, the United States of America, by and through its attorney, the United States of Attorney for the District of Columbia, and respectfully asks this Court for leave to file the attached response out of time. In support thereof the government now states:

1. On June 5, 2008, the undersigned Assistant United States Attorney received a copy of petitioner's Habeas Corpus Petition and the order of this Court directing the respondent to respond to the petition by May 27, 2008.

2. For the above stated reasons the undersigned Assistant United States Attorney respectfully requests leave to file this Opposition on June 6, 2008.

                                 Respectfully submitted,

                                 */S/ Jeffrey A. Taylor*
                                 JEFFREY A. TAYLOR
                                 United States Attorney
                                 D.C. Bar Number 498-610

*/s/ John P. Mannarino*
JOHN P. MANNARINO
Assistant United States Attorney
Chief, Special Proceedings Division
D.C. Bar Number 444-384

*/s/ Carolyn K. Kolben*
CAROLYN K. KOLBEN
Assistant United States Attorney
D.C. Bar No. 391-156
Carolyn.Kolben@usdoj.gov
Special Proceedings Division
555 4th Street, N.W., Room 10-441
Washington, D.C. 20530
(202) 616-0852

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a copy of the instant motion has been filed electronically with the Court and served by mail upon the petitioner, Eduardo Javier Mejia Morales, Fed. Reg. No. 39053-004, Fort Worth-FCI, P.O. Box 15330, Fort Worth, Texas 76115, this sixth day of June 2008.

                        /s/Carolyn K. Kolben
                        Carolyn K. Kolben
                        Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**EDUARDO JAVIER MEJIA MORALES,** :
        Petitioner,    :    Civil Action No. 08-00405(HHK)
:
:
**v.**                             :
:
**MICHAEL MUKASEY, et. al.,**   :
        **Respondents.**   :

ORDER

Upon consideration of the respondent's request for leave to file the respondent's response out of time and for good cause shown it is by the Court this ___ day of _____, 2008

ORDERED that the respondent's request shall be **GRANTED**.

_____
HENRY H. KENNEDY, JR.
UNITED STATES DISTRICT COURT JUDGE

Copies to:

Carolyn K. Kolben
Assistant United States Attorney
555 4th Street, N.W.
Special Proceedings Division-Room 10-441
Washington, D.C.  20530

Eduardo Javier Mejia Morales
Fed. Reg. No. 39053-004
Fort Worth-FCI
P.O. Box 15330
Fort Worth, Texas 76115