IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

EDUARDO JAVIER MEJIA MORALES, §
    PETITIONER, §
 §
V. §
 § CIVIL NO. 08-0405 (HHK)
MICHEAL MUKASEY, ET AL §
    RESPONDENTS. §
 §

**MOTION TO WITHDRAW 2241 TO BE CONSTRUED AS 2255**

After reviewing the Court's Order, Petitioner withdraws his 2241 filing that the Court will construe as a 28 USC 2255 filing. Petitioner intends to file a 2255 in the near future.

Respectfully submitted,

*/s/ Eduardo Javier Mejia Morales*
Eduardo Javier Mejia Morales
Petitioner, **pro se**

RECEIVED
JUL 21 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT