UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EDUARDO JAVIER MEJIA MORALES,<br>               Petitioner,<br><br>          v.<br><br>MICHAEL MUKASEY, Attorney General of the United States,<br><br>               Respondent. | Civil Action 08-00405  (HHK) |

### ORDER

On July 21, 2008, petitioner filed a "Motion to Withdraw 2241 to be Construed as 2255" [#11]. In light of petitioner's statements in this motion, it is by the court this 24th day of July 2008, hereby

**ORDERED** that the above-captioned action is **DISMISSED** without prejudice.

                                                        Henry H. Kennedy, Jr.
                                                        United States District Judge